UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Patricia Joan Carpenter,

    Plaintiff,

v.

Nancy A. Berryhill,
*Acting Commissioner of Social Security,*

    Defendant.

Case No. 16-cv-2015 PJS/FLN

ORDER

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated August 8, 2017, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that

1. Plaintiff's Motion for Summary Judgment (ECF No. 10) is **DENIED**;

2. Defendant's Motion for Summary Judgment (ECF No. 12) is **GRANTED**;

3. The Commissioner's decision is **AFFIRMED** and the case is **DISMISSED WITH PREJUDICE**.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: 8/29/17

    s/Patrick J. Schiltz
    PATRICK J. SCHILTZ
    United States District Court Judge